U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

OCT 2 9 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | DOCKET NO. 2:08-0042 |
|---|---|---|
| VS. | : | JUDGE MINALDI |
| ERICK SIMON | : | MAGISTRATE JUDGE KAY |

## ORDER

IT IS ORDERED that the defendant's letter, which is postmarked October 27, 2008, be docketed as a Motion for Appointment of Appeals Counsel and as a Motion for Appeal pursuant to Fed. R. App. P. 4(b)(4). The court considers this motion timely for good cause shown.

IT IS FURTHER ORDERED that the Office of the United States Public Defender is appointed to represent the defendant on direct appeal.

Lake Charles, Louisiana, this 28 day of October, 2008.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE