UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| UNITED STATES OF AMERICA | : | CASE NO. 2:08-cr-0042 |
|---|---|---|
| VERSUS | : | JUDGE JAMES |
| ERICK DWAYNE SIMON | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 83] of the Magistrate Judge previously filed herein, noting the lack of objections from the petitioner, and after an independent determination of the issues and review of the record, the Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS ORDERED** that the instant "Motion Requesting Relief Under Johnson" [Doc. 76] be **DISMISSED WITHOUT PREJUDICE** as a successive motion to vacate under 28 U.S.C. § 2255, filed without prior authorization from the United States Fifth Circuit Court of Appeals.

**THUS DONE AND SIGNED** in Chambers this 19th day of June, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE